OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603

11/18/2015
MEZA, MARIO GUADALUPE   Tr. Ct. No. 11-CR-0345-83-1   WR-83,514-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RETURN TO SENDER

☒ NO LONGER AT THIS ADDRESS
☐ NOT AUTHORIZED
☒ PLEASE FORWARD
☐ CAN NOT IDENTIFY

MARIO GUADALUPE MEZA
#242299
GALVESTON COUNTY JAIL
700 AVE H
GALVESTON, TX  77551

U TF

ATW